JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ANTHONY LOUSTAUNAU,<br><br>           Petitioner,<br>    v.<br><br>DAVID B. LONG, Warden,<br><br>           Respondent. | Case No. EDCV 12-596-JVS (OP)<br><br>J U D G M E N T |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 15, 2012

*[signature]*
HONORABLE JAMES V. SELNA
United States District Judge

Prepared by:

*[signature]*
HONORABLE OSWALD PARADA
United States Magistrate Judge